UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON S. DURR | CIVIL ACTION |
| VERSUS | NO: 06-7831 |
| ALLSTATE INSURANCE COMPANY AND RONALD GUIDRY | SECTION: "J" (4) |

**ORDER**

Before the Court is plaintiff's Motion to Remand (Doc. 6). The motion is opposed. For the reasons stated in *Martha Rizzuto v. Donna Bianchini Tully*, No. 06-6883, 2006 WL 3332832, (E.D. La., Nov 14, 2006) (Africk, J.),

**IT IS ORDERED** that plaintiff's motion is **GRANTED**; the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana this the 8th day of January, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE